**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**

www.flsb.uscourts.gov

**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☐ Original Plan

☐ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)

☒ 2MP  Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: David Llombart        JOINT DEBTOR:         CASE NO.: 17-24074-PDR

SS#: xxx-xx- 4485             SS#: xxx-xx-

## I. NOTICES

**To Debtors:** Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

**To Creditors:** Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

**To All Parties:** The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☒ Included | ☐ Not included |

## II. PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE

**A. MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $856.56 for months 1 to 34 ;
2. $765.00 for months 35 to 84 ;

**B. DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $4025.00 | Total Paid: $2275.00 | Balance Due: $1750.00 |
|---|---|---|
| Payable $51.47 /month (Months 1 to 34 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
$3500.00 base atty fee + $525 M2Modify

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

## III. TREATMENT OF SECURED CLAIMS

**A. SECURED CLAIMS:** ☐ NONE

[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

1. Creditor: Palm-Aire Country Club Assoc.

   Address: c/o Landol Law Firm
   2101 NW Corporate Blvd., Suite 410
   Boca Raton, FL 33431

   Last 4 Digits of Account No.: 0007

   | | | |
   |---|---|---|
   | Arrearage/ Payoff on Petition Date | $9,034.06 | |
   | Arrears Payment (Cure) | $157.24 | /month (Months 1 to 34 ) |
   | Arrears Payment (Cure) | $73.76 | /month (Months 35 to 84 ) |
   | Regular Payment (Maintain) | $464.71 | /month (Months 1 to 34 ) |
   | Regular Payment (Maintain) | $431.60 | /month (Months 35 to 84 ) |

Other: HOA Assoc. Fees Per POC #3

☒ Real Property   Check one below for Real Property:
  ☒ Principal Residence   ☒ Escrow is included in the regular payments
  ☐ Other Real Property   ☐ The debtor(s) will pay   ☐ taxes   ☐ insurance directly

Address of Collateral:
Homestead: 555 Oaks Lane #102
Pompano Beach, FL 33069

☐ Personal Property/Vehicle

Description of Collateral: homestead

**B. VALUATION OF COLLATERAL:** ☐ NONE

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED UPON YOU PURSUANT TO BR 7004 AND LR 3015-3.

1. **REAL PROPERTY:** ☒ NONE
2. **VEHICLES(S):** ☒ NONE
3. **PERSONAL PROPERTY:** ☒ NONE

**C. LIEN AVOIDANCE** ☒ NONE

**D. SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ☒ NONE

**E. DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
  ☐ NONE
  ☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Nationstar/Mr. Cooper | 8190 | Homestead: Debtor is current and will pay direct. |

**IV. TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

  **A. ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

  **B. INTERNAL REVENUE SERVICE:** ☐ NONE

| Total Due: | $7,666.44 | Total Payment | $7,666.44 | |
|---|---|---|---|---|
| Payable: | $137.96 | /month (Months | 1 | to 34 ) |
| Payable: | $59.52 | /month (Months | 35 | to 84 ) |

  **C. DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

  **D. OTHER:** ☒ NONE

**V. TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

  A. Pay   $0.00   /month (Months 1 to 34 )
     Pay   $130.00   /month (Months 35 to 84 )

  Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

  B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

  C. **SEPARATELY CLASSIFIED:** ☒ NONE

Debtor(s): David Llombart      Case number: 17-24074-PDR

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.
- ☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☐ NONE
- ☒ Debtor(s) shall provide copies of yearly income tax returns to the Trustee (but not file with the Court) no later than May 15th during the pendency of the Chapter 13 case. In the event the debtor(s)' disposable income or tax refunds increase, debtor(s) shall increase payments to unsecured creditors over and above payments provided through the Plan up to 100% of allowed unsecured claims. [Broward/Palm Beach cases]

VIII. **NON-STANDARD PLAN PROVISIONS** ☐ NONE
- ☒ Nonstandard provisions must be set forth below. A nonstandard provision is a provision not otherwise included in the Local Form or deviating from it. Nonstandard provisions set out elsewhere in this plan are void.

The Debtor has experienced a material financial hardship as a result of COVID-19. He is employed as a flight attendant, and as a result his income has decreased due to lack of available work. The debtor seeks to modify the Chapter 13 Plan to extend the Plan term to eighty-four (84) months in accordance with §1329 of the Bankruptcy Code and the CARES act.

☐ Mortgage Modification Mediation

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

_____ Debtor   _____ Date
David Llombart

_____ Joint Debtor   _____ Date

/s/Simona Burshteyn, Esq.     8/24/2020
Attorney with permission to sign on Debtor(s)' behalf     Date

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**